JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ALEX RUSSELL SMALL, | ) | No. CV 18-5172-JFW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| PAUL LOZANO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: March 8, 2019

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE